# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH SCHAUER, *et al.*, <br><br> v. <br><br> EMERGE, INC. | Civil Action No. CCB-22-cv-731 |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. the defendant's Motion for Summary Judgment, ECF 24, is **GRANTED**;

2. Judgment is Entered in favor of the defendant Emerge, Inc., and against the plaintiffs; and

3. the Clerk shall **CLOSE** this case.


 8/16/2023                                                        /s/
Date                                                         Catherine C. Blake
                                                             United States District Judge